No. 91–5694. FERGUSON *v.* GIANT FOODS, INC., 502 U. S. 927. Petition for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

MARCH 24, 1992

No. 91–6894. SHANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

No. 91–7200. CASTILLO *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari dismissed under this Court's Rule 46.

MARCH 27, 1992

No. 91–1335. WALKER ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA (EXXON CORP., REAL PARTY IN INTEREST). C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

No. A–700. CAMP, SECRETARY OF STATE OF ALABAMA *v.* WESCH ET AL. D. C. S. D. Ala. Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Motion to expedite consideration of the jurisdictional statement denied. Motion to permit filings initially in typewritten form granted.